[No. 6312.   Decided March 23, 1907.]
ANNA W. BENEKE *et al.*, *Appellants*, v. HENRY J. BENEKE, EXECUTOR,
*et al.*, *Respondents.*[1]

Appeal from a judgment of the superior court for Spokane county,
Kennan, J., entered December 19, 1905, dismissing an action to set
aside a will.   Affirmed.

*W. D. Scott* and *H. M. Stephens*, for appellants.
*Danson & Williams*, for respondents.

PER CURIAM.—This action was brought to set aside the last will
of Henry Beneke, deceased, for the alleged reason that the testator
was not of sound and disposing mind, and the further reason that
one of his sons exercised undue influence over the testator at the
time the will was made.   The trial court, after hearing the evidence
in the case, found that the testator was of sound and disposing
mind at the time the will was made, and that he made his will
of his own volition, without interference from any person, and
adjudged the will valid, and dismissed the contest.   Contestants ap-
peal from these findings of fact.

The only questions presented are questions of fact.   We have
carefully examined the evidence and are convinced that the findings
of the trial court are in accord with the weight of the evidence.
We deem it unnecessary to enter into a discussion of the evidence
or to set any of it out in this opinion.

The judgment appealed from is affirmed.

---

[No. 5866.   Decided March 25, 1907.]
MARION B. BAXTER *et al.*, *Appellants*, v. CLAY ALLEN, *as Receiver of
the De Soto Placer Mining Company, Respondent.*[2]

Appeal from a judgment of the superior court for Snohomish
county, Black, J., entered June 22, 1905.   Affirmed.

*I. D. McCutcheon*, for appellants.
*Byers & Byers* and *Clay Allen*, for respondent.

ON PETITION FOR REHEARING.

PER CURIAM.—Upon petition on the part of the appellants, a
rehearing was granted in this case.   But upon such resubmission
and reconsideration, we are not convinced that the former opinion
of the court *(Allen v. Baxter*, 42 Wash. 434, 85 Pac. 26), was not
correct; and being satisfied with the decision there made and an-
nounced, the judgment is affirmed.

[1]Reported in 89 Pac. 150.

[2]Reported in 89 Pac. 151.